No. 97–101. NOELLE v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 97–102. CATERINA ET AL. v. BLAKELY BOROUGH ET AL. Commw. Ct. Pa. Certiorari denied.

No. 97–103. ROSADO v. MERRILL, DIRECTOR, CHARLESTON CORRECTIONAL FACILITY. C. A. 1st Cir. Certiorari denied. ■

No. 97–105. VIRGINIA BEACH BOARD OF ZONING APPEALS ET AL. v. JANEZECK. Cir. Ct., City of Virginia Beach, Va. Certiorari denied.

No. 97–106. THOMAS ET AL. v. METROPOLITAN LIFE INSURANCE CO. ET AL. C. A. D. C. Cir. Certiorari denied. ■

No. 97–107. LINDSAY ET AL. v. THIOKOL CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–108. HAGOOD v. ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 97–110. BRODEUR ET AL. v. ASHKER. C. A. 9th Cir. Certiorari denied.

No. 97–111. KIRKLAND v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–114. HARRIS v. ARLINGTON COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–116. HIGHTOWER ET AL. v. DOANE PRODUCTS CO. C. A. 11th Cir. Certiorari denied.

No. 97–117. VENTURA v. CITY OF INDEPENDENCE ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–118. TULARE COUNTY DEPARTMENT OF HEALTH SERVICES v. MORAN. C. A. 9th Cir. Certiorari denied. ■

No. 97–119. STUTZ MOTOR CAR OF AMERICA, INC. v. REEBOK INTERNATIONAL LTD. C. A. Fed. Cir. Certiorari denied. ■